Eric Williams
350 Afco Rd.
West Memphis, Ark
72301

3:16-CV-351-DPM

FILED
U.S DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 16 2016  12-13-16
JAMES W. McCORMACK, CLERK
By: _____ LBu
DEP CLERK

On September 6, 2016, it was alleged that I committed robbery in West Memphis, Arkansas. As a result of the robbery, I was pursued by West Memphis police officers in a high speed chase which ended in Memphis, Tennessee. It was said that I struck another vehicle during the chase at the speed of 125 miles per hour. This happened on Memphis soil, not in Arkansas. After the chase ended in Memphis, it was said that I fled on feet, once again, on Memphis soil. West Memphis, Arkansas police chased me down in the jurisdiction of Shelby County, Tennessee on feet, clearly out of their jurisdiction. West Memphis officers chased me down, tased me, and one of them hit me in the head with his weapon while I was cuffed on the ground. I went to the Regional One Hospital in Memphis, Tennessee and was treated for a huge and vicious wound to the back of my head. I had to have 15 staples in my head, and that blow to my head caused me to suffer memory lost for which I was treated for this mental issue while at the Shelby County Jail in Tennessee.

This case assigned to District Judge Marshall
and to Magistrate Judge Ray

On December 9th, 2016, I appeared in the West Memphis District Court before the judge, Fred Thorne to face two misdemeanor charges in addition to the felony robbery. My appointed defender, Bryan Donaldson was also present in the court room on this day. The two misdemeanor charges were resisting arrest and driving on suspended license. I listened as my attorney, Brian Donaldson told the judge, Fred Thorne that it was unlawful for West Memphis police to charge me with resisting

arrest due to the fact that they were out of their jurisdiction. The judge, Fred Thorne agreed that it was in fact unlawful and he dismissed the charge.

My argument is this; if it was unlawful for them to charge me with resisting arrest, because they were out of their jurisdiction, then I find it unlawful for them to charge me with any of the other four charges; Endangering The Welfare of a Minor (2) counts, felony fleeing, and theft by receiving. I was in Memphis, Tennessee at the time of arrest, so therefore Memphis had the authority to charge me with those charges, not WMPD. Once again, West Memphis police were out of their jurisdiction and had no authority to charge me with any of the said charges, and neither did they have authority to put their hands on me. Therefore, I'm suing the West Memphis Police Dept. for 1,000,000.00 / One million dollars for the following violations:

- Using unnecessary and excessive force while out of there jurisdiction (causing serious injury).

- Unlawful Conduct

- Failure to obey the law, policies, and ordinance of the law.

- Pain and Suffering.

Note → This is my first time filing a lawsuit, so can you please send me the proper forms and any helpful information that will assist me in this matter?