IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIK WILLIAMS                                                                    PLAINTIFF

v.                                  No. 3:16-cv-351-DPM

WEST MEMPHIS POLICE DEPARTMENT                          DEFENDANT

ORDER

1. Williams hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 20 January 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Williams an application to proceed *in forma pauperis*. If the Court grants Williams permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 December 2016